IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES WESLEY WHEAT<br>　　　Petitioner<br>v.<br><br>DOUGLAS DRETKE, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL JUSTICE<br>　　　Respondent | *<br>*<br>*<br>*   CA-3:05-CV-1315-H<br>*<br>*<br>* |

## O R D E R

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed July 15, 2005, and Petitioner's Objection thereto, filed July 28, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: August _____3rd_____, 2005

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS