IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| CHARLES WESLEY WHEAT | * | |
|     Petitioner | * | |
| v. | * | |
| | * | CA-3:05-CV-1315-H |
| NATHANIEL QUARTERMAN, DIRECTOR, | * | |
| TEXAS DEPARTMENT OF CRIMINAL | * | |
| JUSTICE, CORRECTIONAL INSTITUTIONS | * | |
| DIVISION | * | |
|     Respondent | * | |

## O R D E R

Before the Court are the Findings and Recommendation of the United States Magistrate Judge, filed July 17, 2006, and Petitioner's Objections thereto, filed July 27, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Recommendation of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: July 27, 2006

_____
BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS